IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MATTHEW HENRY LADOUCEUR,

    Petitioner,

v.

JOSE M. VAZQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV206-117

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Ladouceur asserts that he applied for relief with the sentencing court, and the sentencing court denied his motions for relief. Ladouceur alleges that the fact that the sentencing court denied him relief proves that the remedy afforded by 28 U.S.C. § 2255 is inadequate and ineffective to test the legality of his continued detention.

Ladouceur's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Respondent's

AO 72A
(Rev. 8/82)

Motion to Dismiss (Doc. No. 6) is **GRANTED**. Ladouceur's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 9th day of November, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)