# United States District Court
## for the Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 26  P 3: 51

CLERK _J. LaVictoire_
SO. DIST. OF GA.

MATTHEW HENRY LADOUCEUR,

   Petitioner,

   v.

JOSE M. VAZQUEZ, Warden,

   Respondent.

CIVIL ACTION NO.: CV206-117

## ORDER

Petitioner filed a Motion for Reconsideration of the Court's Order dated November 9, 2006.  That Order granted Respondent's Motion to Dismiss the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241.  Petitioner offers nothing to change the Court's ruling. The Motion for Reconsideration is **DENIED**.  The Order dated November 9, 2006, shall remain the Order of the Court.

**SO ORDERED**, this _26th_ day of _December_, 2006.

_Anthony A. Alaimo_

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)